[No. 66303-8-I.   Division One.   February 4, 2013.]

JASON (GABRIEL) FELIX, *Appellant*, v. PICO COMPUTING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-32750-5, Laura Gene Middaugh, J., entered October 29, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Lau, J.

[No. 67226-6-I.   Division One.   February 4, 2013.]

JASON (GABRIEL) FELIX, *Respondent*, v. HAROLD ROBERT G. TROUT ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-32698-3, Jean A. Rietschel, J., entered May 27, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Lau, J.

[Nos. 68070-6-I; 68071-4-I;   Division One.   February 4, 2013.]
       68072-2-I.

*In the Matter of the Dependency of* K.M.L. ET AL.

SAMUEL LABBERTON, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 11-7-01614-3, Patricia H. Clark, J., entered November 28, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Lau, JJ.